EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Aprobación de Cambio de Estatus Inactivo de noviembre de 2024 | 2024 TSPR 142<br><br>215 DPR ___ |

Número del Caso: EM-2024-0018

Fecha: 27 de diciembre de 2024

Materia: Aprobación de Cambio de Estatus Inactivo de noviembre de 2024.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de noviembre de 2024

EM-2024-0018

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de diciembre de 2024.

Durante el periodo de noviembre de 2024, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Edmundo Vázquez Otero | 2,749 |
| Pedro T. Anca Marín | 3,313 |
| Ernesto Negrón Padilla | 5,350 |
| Carmen Irizarry Ramírez | 6,954 |
| Félix L. Rivera Cartagena | 8,628 |
| Javier G. Silva Wiscovich | 11,125 |
| Emilio Mulero Arruza | 11,271 |
| Douglas Rosado Negrón | 13,666 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo